[Decided November 19, 1894.]

## HUME *v.* SCHWARZ.
[38 Pac. 192.]

APPEAL from Curry: J. C. FULLERTON, Judge.

*Mr. S. H. Hazard,* for Appellant.

*Messrs. W. R. Willis,* and *Warren Gregory,* for Respondents.

Opinion by MR. CHIEF JUSTICE BEAN.

The question presented by this appeal is the same as the one decided in *Hume* v. *Woodruff, ante,* p. 373, 38 Pac. 191, and for the reasons given in the opinion just filed in the latter case this decree must be reversed and the motion for nonsuit allowed.          REVERSED.